**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | |
|---|---|
| **NETAIRUS SYSTEMS, LLC,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | **Civil Action No. 1:12cv0709 (AJT/JFA)** |
| ) | **(Consolidated with 1:12cv1207)** |
| **HONORABLE DAVID A. KAPPOS,** ) | |
| **DIRECTOR OF THE U.S. PATENT AND** ) | |
| **TRADEMARK OFFICE,** ) | |
| ) | |
| *Defendant*. ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff NetAirus Systems, LLC, and Defendant, the Honorable David J. Kappos, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark office, by and through their undersigned counsel, hereby stipulate to the dismissal of this consolidated action without prejudice with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

**NETAIRUS SYSTEMS LLC**

By: /s/ Mary C. Zinsner
Mary Catherine Zinsner, VSB No. 31397
S. Mohsin Reza, VSB No. 75347
K. Nicola Harrison, VSB No. 82194
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
Telephone:  (703) 734-4326
Facsimile:   (703) 734-4340
mary.zinsner@troutmansanders.com

mohsin.reza@troutmansanders.com
nicola.harrison@troutmansanders.com

Scott R. Brown, Esq. (admitted *pro hac vice*)
Hovey Williams LLP
10801 Mastin Blvd.
Overland Park, KS 66210
Telephone: (913) 647-9050
Facsimile: (913) 647-9057
sbrown@hoveywilliams.com
*Attorneys for Plaintiff*


**NEIL H. MACBRIDE**
**UNITED STATES ATTORNEY**

By: /s/ Stephen J. Obermeier
Stephen J. Obermeier
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3785 (direct)
(703) 299-3983 (fax)
stephen.obermeier@usdoj.gov
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of February, 2013, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send an electronic notification to the following:

Stephen J. Obermeier
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785 (direct)
(703) 299-3983 (fax)
stephen.obermeier@usdoj.gov
*Attorneys for Defendant*

/s/ Mary C. Zinsner
Mary Catherine Zinsner, VSB No. 31397
S. Mohsin Reza, VSB No. 75347
K. Nicola Harrison, VSB No. 82194
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
Telephone:  (703) 734-4326
Facsimile:   (703) 734-4340
mary.zinsner@troutmansanders.com
mohsin.reza@troutmansanders.com
nicola.harrison@troutmansanders.com